# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

    Jerry Mitchell, Jr.

        Debtor(s)

Case No. 13 B 05404

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/13/2013.

2) The plan was confirmed on 06/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/17/2013, 12/16/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013, 10/29/2013, 08/11/2014, 02/24/2015.

5) The case was Dismissed on 04/20/2015.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,875.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,875.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,512.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $206.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,719.03

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Credit/Alliance One | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Credit/Alliance One | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Anita Kelly c/o Krohn and Moss | Unsecured | 13,685.00 | NA | NA | 0.00 | 0.00 |
| Arthur Kirksey | Unsecured | 1,817.00 | NA | NA | 0.00 | 0.00 |
| B-Real LLC | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 703.00 | 703.02 | 703.02 | 0.00 | 0.00 |
| Child Support Enf/La | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 400.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 5,601.66 | 7,375.77 | 7,375.77 | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 725.23 | 1,362.30 | 1,362.30 | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| eCast Settlement Corp | Unsecured | 2,348.65 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 357.75 | 357.75 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 1,147.07 | 1,147.07 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 2,274.69 | 2,274.69 | 0.00 | 0.00 |
| First Acceptance Services | Unsecured | 1,817.50 | 1,960.55 | 1,960.55 | 0.00 | 0.00 |
| Gina Ramsey | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Heller And Frisone | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| I C System | Unsecured | 2,830.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 1,225.30 | 1,225.30 | 755.97 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 1,260.13 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,165.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jackson Park Hospital | Unsecured | 2,173.00 | NA | NA | 0.00 | 0.00 |
| Keis George LLP | Unsecured | 1,817.50 | NA | NA | 0.00 | 0.00 |
| Law Offices of Mitchell N. Kay | Unsecured | 13,208.58 | NA | NA | 0.00 | 0.00 |
| Merrick Bk | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide Credit & Collection | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| NCO - Medclr | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Nelnet Lns | Unsecured | 6,171.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,353.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,327.00 | 3,386.42 | 3,386.42 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 123.32 | NA | NA | 0.00 | 0.00 |
| Premier Credit | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions | Unsecured | 27,941.00 | 27,941.89 | 27,941.89 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 663.72 | 644.66 | 644.66 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,361.00 | 1,360.97 | 1,360.97 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 145,702.00 | 145,636.36 | 145,636.36 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 1,166.65 | 1,166.65 | 1,166.65 | 0.00 | 0.00 |
| Sprint PCS | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 19,876.00 | 20,058.94 | 20,058.94 | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 2.50 | NA | NA | 0.00 | 0.00 |
| Wow internet cable & phone | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $145,636.36 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,166.65 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $400.00 | $400.00 | $0.00 |
| **TOTAL SECURED:** | **$147,203.01** | **$400.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $1,225.30 | $755.97 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,225.30** | **$755.97** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$68,574.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,719.03 |
| Disbursements to Creditors | $1,155.97 |
| **TOTAL DISBURSEMENTS** : | **$4,875.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/22/2015               By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**